# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132589

WILLIAM F. KEMP, JR., #177395

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

SC: 132589
CoA: 272851

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 4, 2007, the Clerk of the Court is hereby directed to close this file.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2007

jm

_____
Clerk